**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Mardy Lamont ELLIS, Defendant—
Appellant.**

**No. 06–6389.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2006.

Decided May 8, 2006.

Mardy Lamont Ellis, Appellant Pro Se. Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mardy Lamont Ellis appeals the district court's order denying his "Motion to Request Amendment to PSR" and his "Motion for Leave of Court to Move Sentencing Judge to Reduce Sentence Pursuant to Federal Rules of Criminal Procedure (Rule 35) Substantial Assistance." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See United States v. Ellis,* No. 2:00–cr–00084–JBF (E.D. Va. filed Feb. 15, 2006; entered Feb. 16, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*